UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
CALVARY HOSPITAL, INC., :  Case No. 1:23-cv-8479 (GHW) (HJR)
:
Plaintiff, :
:
v. :
:  USDC SDNY
XAVIER BECERRA, in his official :  DOCUMENT
capacity as Secretary, United States :  ELECTRONICALLY FILED
Department of Health and Human Services, :  DOC #: _____
:  DATE FILED: 6/17/2025
:
Defendant. :
:
:
---------------------------------------------------------- X

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The Court, having considered the Motion to Withdraw Vyacheslav Polyakov as counsel of record for Plaintiff Calvary Hospital, Inc. **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Mr. Polyakov is withdrawn as counsel of record, that his appearance is deemed withdrawn as of the date of this order, and that his email address be removed from the Court's CM/ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for Plaintiff Calvary Hospital, Inc.

SO ORDERED.

Dated: June 17, 2025
New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge