UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the                                    ORDER

Stay of Certain Civil Cases

Pending the Restoration of

Department of Justice Funding
_____

WHEREAS, the court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

23cv8479;  24cv8542;  25cv3565;  25cv6460;  24cv2576;  25cv7534;  25cv7891

The cases listed below are not subject to the terms of the Standing Order because the agencies of the United States involved are not represented by the United States Attorney's Office for the Southern District of New York. Those agencies are also affected by the continuing lapse in government funding. As a result, to facilitate the management of the Court's docket, it is hereby ordered that each of the cases listed below is stayed until the business day after the President signs into law a budget appropriation that restores the funding of all of the government agencies involved in the case. Absent other direction or order from the Court, all deadlines, including scheduling order deadlines in each of the following cases are hereby tolled during the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores the funding of all of the government agencies involved in the case. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

22cv3156; 24cv7319; 25cv8526; 25cv8513

SO ORDERED.
Dated: October 17, 2025

_____
GREGORY H. WOODS
United States District Judge