UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2026

CALVARY HOSPITAL, INC.,

                                       Plaintiff,

                            -v-

ROBERT F. KENNEDY JR., *in his official capacity as Secretary, United States Department of Health and Human Services,*

                                 Defendant.

------------------------------------------------------------------ X

1:23-cv-8479-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 10, 2025, Plaintiff filed a motion for summary judgment in this case. Dkt. No. 71. On January 22, 2026, Defendant filed a cross-motion for summary judgment. Dkt. No. 77. On May 4, 2026, Magistrate Judge Henry J. Ricardo, to whom this case has been referred, issued a report and recommendation on the parties' cross motions. Dkt. No. 83. Plaintiff filed objections on May 18, 2026. Dkt. No. 84.

Defendant may file a response to Plaintiff's objections no later than June 1, 2026. The Court will not consider any reply filed without prior leave of court.

       SO ORDERED.

Dated: May 19, 2026
       New York, New York

                                           _____
                                         GREGORY H. WOODS
                                      United States District Judge