**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CALVARY HOSPITAL, INC.,

Plaintiff,

-against-

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services,

Defendant.

-----------------------------------------------------------------X

23 **CIVIL** 08479 (GHW)(HJR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 3, 2026, and the reasons set forth in the R&R, dated May 4, 2026, Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion for summary judgment is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

September 8, 2026

**TAMMI M. HELLWIG**

________________________________
**Clerk of Court**

**BY:**

________________________________
**Deputy Clerk**